**Order entered September 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00421-CR

**GEVAN KEITH LORING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-55487-N**

## ORDER

Before the Court is appellant's September 19, 2018 motion for abatement and to hold the current briefing schedule in abeyance. The reporter's record filed on August 3, 2018 does not contain a copy of a body cam video admitted into evidence as State's Exhibit #1. On August 27, 2018, the Court ordered the court reporter to file a true and correct playable copy of State's Exhibit #1. The Court vacated its order after receiving a letter from the court reporter stating that she was "not able to file State's Exhibit No. 1 because there is nothing to copy. The DVR that was admitted into evidence is empty. There is no file on it."

We **GRANT** appellant's motion for abatement. We **ORDER** the trial court to determine whether State's Exhibit #1 has been lost or destroyed. If the trial court determines that State's Exhibit #1 has been lost or destroyed, the trial court shall determine whether State's Exhibit #1

can be reconstructed and replaced by agreement of the parties. If the parties cannot agree, the trial court is directed to determine what constitutes an accurate copy of State's Exhibit #1 and order that the exhibit be included in a supplemental record.

In the event that the trial court determines that State's Exhibit #1 is lost and cannot be reconstructed by agreement of the parties or by the trial court determining what constitutes an accurate copy of the exhibit, the trial court shall make findings of fact regarding (1) whether appellant timely requested a reporter's record; (2) if without appellant's fault, a significant exhibit has been lost or destroyed; and (3) whether State's Exhibit #1 is necessary to the appeal's resolution.

We **ORDER** the trial court to transmit to this Court, within **THIRTY DAYS** of the date of this order, a record containing its written findings of fact, any supporting documentation, and, if applicable, the exhibit it has determined is an accurate copy of State's Exhibit #1. A new deadline for the filing of appellant's brief will be established upon reinstatement of the appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Hector Garza, Presiding Judge, 195th Judicial District Court; court reporter Velma Loza; and to counsel for the parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

/s/     CRAIG STODDART
        JUSTICE